No. 96–9319. DE LA VEGA *v.* CHATER, COMMISSIONER OF SO-CIAL SECURITY. C. A. 9th Cir. Certiorari denied. 

No. 96–9320. HOSCH *v.* BANDAG, INC. C. A. 4th Cir. Certiorari denied. 

No. 96–9322. HERBERT *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–9323. HARMON *v.* HARGETT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 96–9324. GOODSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 96–9325. GONZALEZ-QUEZADA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 96–9326. HARNER *v.* FRANKLIN COUNTY JUVENILE PROBATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9327. HENDERSON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 96–9328. ARTEAGA *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–9329. ARTEAGA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–9330. MAUS *v.* SMITH. C. A. 7th Cir. Certiorari denied.

No. 96–9331. EVANS *v.* HORN. C. A. 3d Cir. Certiorari denied. 

No. 96–9332. BREAKLEY *v.* HINKLE, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 96–9333. CITIZEN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–9334. COMER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.